# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NUMBER 19cr2646-DMS |
| vs | ) | ABSTRACT OF ORDER |
| Blake Shelafoe | ) | Booking No. 75556298 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __7/23/19__

the Court entered the following order:

__X__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release.

__X__ Defendant released on $ __15,000 C/CS__ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case dismissed.

_____ Case dismissed, charges pending in case no. _____

_____ Defendant to be released to Pretrial Services for electronic monitoring.

__X__ Other. to be released on 7/24/19 @ 9:00am to FDSDI.

Peter C. Lewis
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

Received _____ DUSM

JOHN MORRILL
by
M

Clerk

Deputy Clerk M. Rutledge

x 6695

Crim-9 (Rev. 8-11)

★ U.S. GPO: 1996-783-398/40151

CLERK'S COPY